IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **ROBERT R. WALKER,** | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 3:12-cv-2389-O |
| **SPENCER BEAL, et al.,** | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Accordingly, Plaintiff's Fair Housing Act and tax fraud claims are **DISMISSED** with prejudice under 28 U.S.C. § 1915(e)(2), his Americans with Disabilities Act claim are **DISMISSED** without prejudice under Federal Rule of Civil Procedure 41(a), and any remaining state law claims are **DISMISSED** without prejudice.

**SO ORDERED** on this **26th day** of **October, 2012.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE